UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN QUERISMA,

    Plaintiff,

v.                                      Case No. 3:22cv5048-MCR-HTC

MATTHEW AIMANOVICH, et al.,

    Defendants.
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 6, 2022 (ECF No. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Fourth Amendment and Fourteenth Amendment claims are

DISMISSED WITH PREJUDICE.

    3.    The Court declines to exercise supplemental jurisdiction over Plaintiff's state law defamation claim and it is DISMISSED WITHOUT PREJUDICE.

    4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**